HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PATRICK WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00212-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:   October 7, 2019 |
| PATRICK WALLACE, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Mark McKeon, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Patrick Wallace, that the sentencing hearing currently scheduled for September 16, 2019, be continued to October 7, 2019, at 10:00 a.m.

On June 24, 2019, Mr. Wallace entered a plea of guilty to Count 10 of the Indictment. *See* Dkt. #24. On August 5, 2019, Probation filed its initial Presentence Investigation Report ("PSR") in this case. *See* Dkt. #29. After receiving Mr. Wallace's informal objections, Probation filed its final PSR on August 23, 2019. *See* Skt. #32. Mr. Wallace's formal objections are currently due on or before September 3, 2019.

In early August 2019, defense counsel filed a request with the Fresno County Superior

1  Court to obtain Mr. Wallace's juvenile file, specifically his foster care records. Defense counsel

2  has been in contact with Fresno County Counsel regarding obtaining these records since that

3  date. Defense counsel was informed last week that the records would not be available until after

4  September 9, 2019, as the assigned judge was on vacation until that date. Accordingly, Mr.

5  Wallace requests that his sentencing hearing be continued to October 7, 2019, in order to provide

6  him with sufficient time to obtain and review his juvenile records, as such records may be

7  relevant for sentencing purposes in this case. Additionally, the parties request that the due date

8  for formal objections be continued to Monday, September 23, 2019.

9        The requested continuance is made with the intention of conserving time and resources

10  for both the parties and the Court. The government is in agreement with this request and the

11  requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no

12  exclusion of time is necessary.

13

14              Respectfully submitted,

15              McGREGOR W. SCOTT
               United States Attorney

16

17  Date: August 27, 2019       */s/ Mark McKeon*
               MARK McKEON

18              Assistant United States Attorney
               Attorney for Plaintiff

19

20              HEATHER E. WILLIAMS
               Federal Defender

21

22  Date: August 27, 2019       */s/ Reed Grantham*
               REED GRANTHAM

23              Assistant Federal Defender
               Attorney for Defendant

24              PATRICK WALLACE

25

26

27

28

1

# <u>O R D E R</u>

2     GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing

3 set for Monday, September 16, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be

4 continued to Monday, October 7, 2019, at 10:00 a.m. In accordance with this change, the due date

5 for the parties' formal objections is hereby continued from Monday, September 3, 2019, to

6 Monday, September 23, 2019.

7

IT IS SO ORDERED.

8

9     Dated:   **August 27, 2019**                    _Dale A. Drozd_

10                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28