UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK J. WALLACE,<br><br>Defendant. | Case No. 1:18-cr-00212-DAD<br><br>ORDER OF RELEASE TO JERICHO PROJECT |

The above named defendant having been sentenced on October 7, 2019, to credit for time served, followed by 60 months supervised release,

IT IS HEREBY ORDERED that the defendant shall be released from custody and transported from Fresno County Jail to Jericho Project on Wednesday, October 9, 2019 at 8:00 a.m. by a Jericho Project representative. A Judgment and Commitment Order will follow.

IT IS SO ORDERED.

Dated: **October 8, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1