1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PATRICK WALLACE
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00212-DAD-BAM |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| 13 | vs. | |
| 14 | PATRICK WALLACE, | Date: March 27, 2020<br>Time: 2:00 p.m. |
| 15 | Defendant. | Judge: Hon. Barbara A. McAuliffe |

18     IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Patrick Wallace, that the preliminary

21  hearing currently scheduled for March 20, 2020, at 2:00 p.m. be continued to March 27, 2020, at

22  2:00 p.m.

23     Mr. Wallace made his initial appearance in this district on March 16, 2020. At the

24  hearing, the matter was continued to March 20, 2020. Counsel has been in touch with Mr.

25  Wallace, who is currently housed at the Lerdo Pretrial Facility in Kern County, via telephone. As

26  a result of those communications, counsel needs additional time for further research and

27  investigation in this matter, such that having a preliminary hearing or status conference at this

28  time would be unnecessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 19, 2020          */s/ Joseph Barton*
                              JOSEPH BARTON
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: March 19, 2020          */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              PATRICK WALLACE

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Friday, March 20, 2020 at 2:00 p.m. be continued to **Friday, March 27, 2020, at 2:00 p.m.** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **March 19, 2020**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE