1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PATRICK WALLACE
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00212-DAD-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING ORDER**
13 | vs. |
14 | PATRICK WALLACE, | Date:  April 10, 2020
   |                 | Time:  2:00 p.m.
15 | Defendant. |

18      IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Patrick Wallace, that the preliminary

21 hearing currently scheduled for March 27, 2020, at 2:00 p.m. be continued to April 10, 2020, at

22 2:00 p.m.

23      Mr. Wallace made his initial appearance in this district on March 16, 2020. At the

24 hearing, the matter was set for a preliminary hearing on March 20, 2020. The parties continued

25 this matter via stipulation to March 27, 2020. Counsel has been able to communicate with Mr.

26 Wallace, who is currently housed at the Lerdo Pretrial Facility in Kern County, via telephone. As

27 a result of those communications, counsel is requesting a further continuance to conduct

28 additional investigation in this matter. Accordingly, the parties agree that this matter may be

continued until Friday, April 10, 2020, at 2:00 p.m.

                    Respectfully submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

Date: March 25, 2020          */s/ Joseph Barton*
                                      JOSEPH BARTON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: March 25, 2020          */s/ Reed Grantham*
                                      REED GRANTHAM
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      PATRICK WALLACE

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Friday, March 27, 2020 at 2:00 p.m. be continued to Friday, April 10, 2020, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **March 25, 2020**

                                      UNITED STATES MAGISTRATE JUDGE