HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PATRICK WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00212-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| PATRICK WALLACE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Patrick Wallace, that the sentencing hearing scheduled for September 7, 2021, at 9:00 a.m. may be continued to September 13, 2021, at 9:00 a.m.

Mr. Wallace made his initial appearance in this matter on July 15, 2021. *See* Dkt. #77. On August 5, 2021, Mr. Wallace admitted Charges 1, 2, and 3 of the Superseding Violation Petition filed on July 19, 2021. *See* Dkt. #87, #79. At the time, sentencing was set for Tuesday, September 7, 2021, at 9:00 a.m.

Defense counsel remains in the process of obtaining documents and materials relevant for sentencing in this matter. Defense counsel has confirmed the availability of the proposed date with both government counsel and the assigned probation officer. The requested continuance is

made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: August 31, 2021                    */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 31, 2021                    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PATRICK WALLACE

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for September 7, 2021, at 9:00 a.m. is hereby continued to September 13, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 31, 2021**                    _____
UNITED STATES DISTRICT JUDGE