# UNITED STATES DISTRICT COURT
Eastern District of California



**FILED**
Dec 19, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## Petition For Warrant
### For Offender Under Supervision

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Docket No.** 0972 1:18CR00212-002 |
| V. | Federal Charges: |
| Patrick J. Wallace | 18 U.S.C. § 474, Possess Digital or Electronic Images of U.S. Currency, a Class B Felony |

**COMES NOW,** Marlene K. Deorian   Probation Officer of the Court, presenting a form 12C upon the conduct of Patrick J. Wallace   , who was placed on Supervised Release  by the Honorable Dale A. Drozd, District Judge sitting in the Court at Fresno   , California on 09/13/2021, who imposed the following special condition(s) of supervision, which are at issue in this report:

### SPECIAL CONDITION(S) OF SUPERVISION:

1. Warrantless Search; 2. Financial Disclosure; 3. Financial Restrictions; 4. Drug/Alcohol Treatment; 5. Drug/Alcohol Testing; 6. Abstain from Alcohol Use; 7. Mental Health Treatment; 8. Aftercare Co-payment; 9. Cognitive Behavioral Treatment; 10. Inpatient Drug/Alcohol Treatment; 11. Reside in RRC

### ALLEGED VIOLATION CONDUCT:

On December 16, 2022, the supervisee was arrested for a violation of PC 273.5, domestic violence (felony); PC 843(a), fleeing or forcibly resisting; and VC 2800.2, Reckless Evading (felony). This is in violation of the mandatory condition: "The defendant shall not commit another federal, state, or local crime."

### PRAYING THAT THE COURT WILL ORDER:

The issuance of a no-bail warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: 12/16/2022

/s/ Marlene K. Deorian

Supervisory U.S. Probation Officer

## ORDER

[✓] The Court hereby orders a no-bail warrant to be issued for the arrest of the defendant.
[ ] The Court hereby issues a summons
[ ] Other:

Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d).

/s/ Sheila K. Oberto

Dated:  12/16/2022

United States Magistrate Judge

**JUSTIFICATION:**

At approximately 5:26 p.m., USPO Breanna Garcia received a phone call from Modesto California Highway Patrol (CHP) dispatch advising that officers were attempting to apprehend the supervisee, Patrick Wallace, who was currently on top of a roof of a house. Initially, the supervisee and his fiance had gotten into an altercation. She repotedly threw something at him, and the supervisee "lost it." When officers responded to their location, the supervisee led officers on a vehicle pursuit, and eventually got out of the vehicle continuing to evade officers. He ran onto the top of a roof, and was currently still on the roof at the time of the call.

At approximately 7:23 p.m., USPO Garcia contacted Modesto CHP to find out if the supervisee had been arrested. Stockton CHP dispatch advised that the supervisee was apprehended, and was currently being transported to San Joaquin Hospital for medical clearance. From there, he is going to be transported to San Joaquin county jail on charges PC 273.5- felony DV, PC 843(a)- Fleeing or Forcibly Resisting, and VC 2800.2- Felony Reckless Evading.

Considering the nature of the violation conduct, the supervisee is a flight risk and poses a risk of danger to the community. In addition, the supervisee's criminal history consists of felony domestic violence, misdemeanor violation of a court order to prevent domestic violence, and felony evade peace officer disregard safety.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/16/2022                                                              /s/ Marlene K. Deorian
                                                                               _____
                                                                               Supervisory U.S. Probation Officer