JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
Patrick Wallace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PATRICK WALLACE, Defendant. | Case No. 18 CR 212-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Sentencing Hearing scheduled for March 6, 2023, at 8:30 am., may be continued until March 27, 2023, at 8:30 am, before the Honorable Ana de Alba.

    Continuance of the hearing is requested to provide for completion and submission to the Probation Officer of an application for admission to a drug treatment program, with bearing on the determinations of the court at sentencing.

| | | |
|---|---|---|
| Dated: | March 2, 2023 | */s/ James Homola* |
| | | James Homola |
| | | Counsel for Patrick Wallace |
| | | |
| Dated: | March 2, 2023 | */s/ Patrick Wallace* |
| | | Patrick Wallace, Defendant |
| | | |
| Dated: | March 2, 2023 | */s/ Joseph Barton* |
| | | JOSEPH BARTON |
| | | Assistant United States Attorney |

JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
PATRICK WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PATRCK WALLACE,<br><br>Defendant. | Case No. 18-cr-00212-ADA-BAM<br><br>ORDER |

Upon the Parties' stipulation and for good cause shown, the Sentencing Hearing scheduled for March 6, 2023, at 8:30 am., is continued until March 27, 2023, at 8:30 am, before the Honorable Ana de Alba.

IT IS SO ORDERED.

Dated: March 2, 2023

UNITED STATES DISTRICT JUDGE