JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
PATRICK J. WALLACE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 18 CR 0212 ADA-BAM |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA AS ATTORNEY OF RECORD |
| V. | ORDER |
| PATRICK J. WALLACE, | |
| Defendant. | |

On December 19, 2022, a petition for warrant of arrest for Defendant WALLACE was filed, alleging violations of his conditions of supervised release, and a warrant issued. On January 12, 2023, Magistrate Judge Grosjean appointed attorney James R. Homola to represent Mr. WALLACE. On February 8, 2023, Mr. WALLACE admitted the alleged violations, and on March 27, 2023, he was sentenced in proceedings before Judge Ana De Alba.

Mr. WALLACE is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. WALLACE, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: April 21, 2023           Respectfully submitted,

                                /s/ James R. Homola
                                JAMES R. HOMOLA
                                Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant WALLACE at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
Patrick J. Wallace
USM #77613097
Central Valley Annex
254 Taylor Avenue
McFarland, CA 93250
```

IT IS SO ORDERED.

Dated:   April 21, 2023                        _____
                                               UNITED STATES DISTRICT JUDGE